FRANK W. VOGEL, PLAINTIFF-PETITIONER, v. LYNCAR CORPORATION, DEFENDANT-RESPONDENT, AND ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF HOWELL, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Carton, Nary, Witt & Arvantis,* for the defendants-petitioners.

*Messrs. Stickel & Stickel, Mr. John H. Dorsey,* and *Mr. Isaac Gross,* for the respondent.

September 20, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN HALL, DEFENDANT-PETITIONER.

*Mr. Harry Kay,* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero,* for the respondent.

September 20, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES GREEN, DEFENDANT-PETITIONER.

*Miss Lucille D. Russello,* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Joel Sondak,* for the respondent.

September 20, 1966. Denied.